## STATE v. BARNES.[1]

June 28, 1918.

No. 20,906.

**Criminal law.**

Verdict sustained by evidence. [Reporter.]

Defendant was indicted by the grand jury charged with the crime of indecent assault upon a female child, tried in the district court for Polk county before Watts, J., and a jury which found him guilty as charged in the indictment. From an order denying his motion for a new trial, defendant appealed. Affirmed.

*F. A. Grady*, for appellant.

*Clifford L. Hilton*, Attorney General, *James E. Markham*, Assistant Attorney General, and *G. A. Youngquist*, County Attorney, for the state.

PER CURIAM.

The only question presented in this case is whether the evidence supports the verdict. The record has been examined with care with the result that we discover no sufficient reason for interference. A discussion. of the evi-

[1]Reported in 168 N. W. 98.

dence will serve no useful purpose. If the testimony of the complainant is reliable and worthy of belief, questions for the trial court and jury, the verdict is amply supported. The trial judge has approved the verdict. The case is wholly unlike State v. Cowing, 99 Minn. 123, 127, 108 N. W. 851, and other similar cases. The evidence of complainant bears no earmarks of fabrication, and her state of mentality was for the court below.

No objection was made to any of the jurors summoned on the special venire, and the point made by defendant that the court below erred in discharging some of those on the regular panel is not presented by any proper exception of record.

Order affirmed.